**Transferred case has been opened**
Reply   to: InterdistrictTransfer_LAED                              01/25/2017 10:52 AM

```
CASE: 2:16-cv-01200

DETAILS: Case transferred from Louisiana Eastern
has been opened in Western District of Louisiana
as case 2:17-cv-00189, filed 01/25/2017.
```